IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   15-cr-0439-WYD

UNITED STATES OF AMERICA,

	Plaintiff,

v.

BRIAN HICKS,

	Defendant.
_____

**ORDER**
_____

	THIS MATTER is before the Court on the Government's Motion to Disclose Grand Jury Material to Defendant (ECF No. 28), filed on December 11, 2015.  The motion is hereby **GRANTED**.

	Dated:   December 14, 2015.

						BY THE COURT:


						s/ Wiley Y. Daniel
						WILEY Y. DANIEL,
						SENIOR UNITED STATES DISTRICT JUDGE